# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN R. GREISIGER** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-591** |
| | : | |
| **HIGH SWARTZ LLP, ET AL.** | : | |

## ORDER

This 21st day of June, 2022 for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF 8, joined by Defendant Loughlin, ECF 10, is **GRANTED**. The Clerk of Court is requested to mark this case closed for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge